UTICA,
Aug. 1828.

Plumb
ads.
Lyman.

court granted the rule; and an application is now made to this court for a mandamus to vacate the same.

---

### PLUMB *ads*. LYMAN.

When a party is entitled only to C. P. costs, he cannot charge the defendant with S. C. costs for services rendered necessary by a case or other incidental proceeding.

MOTION for retaxation of costs. The plaintiff recovered a verdict in a cause in which he was entitled to only common pleas costs; and in making up his bill, he charged *supreme court costs* for services incidental to a case made by the defendant for a new trial, making a difference of about $20 in the amount. The notice of taxation was defective, the day of taxation being left in blank.

*By the Court*, WOODWORTH, J. The plaintiff being entitled only to common pleas costs, has no right to tax the defendant with supreme court costs in consequence of a case made, or other incidental services in the progress of the suit. The same rate of charging must be preserved throughout. The costs having been taxed on a defective notice, a retaxation is ordered at the expense of the plaintiff, and the motion is granted, with costs.